# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00411-CR

**Manuel Ruiz Constancio, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-11-0535-S, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Manuel Ruiz Constancio filed his notice of appeal on May 27, 2014, and his brief was due December 24, 2014, but was never filed. After Constancio's appointed counsel, Shawntell McKillop, failed to respond to this Court's overdue-brief notice, we abated the appeal for a hearing before the district court. *Constancio v. State*, No. 03-14-00411-CR, 2015 Tex. App. LEXIS 2821, at *1 (Tex. App.—Austin Mar. 26, 2015, no pet.) (mem. op.). At the hearing on April 17, 2015, McKillop represented to the court that she was working on an *Anders* brief for this appeal and needed "another two to three weeks at the most."

Two months later, after the brief had not been filed and McKillop had failed to respond to another overdue-brief notice, we abated the appeal again and asked the district court to determine, among other things, whether McKillop abandoned this appeal and new counsel should be appointed for Constancio. *See* Tex. R. App. P. 37.3(a)(2), 38.8(b)(2). At the hearing on

Thursday, July 16, 2015, McKillop told the court that the brief was complete and she would file it on Monday [July 20, 2015].[1]  She did not.

We order Shawntell McKillop to file appellant's brief on or before August 21, 2015. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 14, 2015.

Before Chief Justice Rose, Justices Pemberton and Field

Do Not Publish

---

[1] McKillop stated, "Judge, the brief is done.  The only thing I have left to do is the Motion to Withdraw and the Anders letter to my client and copy the file.  So I should have it in the mail by Monday because I have to finish that out this weekend because it takes me a while to get all of that done."